

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK
# PROBATION OFFICE

## MEMORANDUM

**TO:** HONORABLE JOHN E. SPRIZZO
U.S. District Judge

**FROM:** CHRIS S. PORTER
U.S. Probation Officer

**RE:** MARTINEZ, EMMANUEL
Docket Number: 1:05 CR 1093-01(JES)

**DATE:** JULY 31, 2008

**SUBJECT:** REQUEST FOR TRANSFER OF JURISDICTION

On March 7, 2006 (amended April 5, 2006), Your Honor sentenced the above-named defendant to four (4) years probation, following his conviction for Fraud by Wire, Radio or Television (18, USC, 1343, 1346 and 2).

Inasmuch as this offender resides in Massachusetts, the District of Massachusetts has accepted supervision.

U.S. Probation Officer Frederick Lawton, of that district, has requested that jurisdiction be transferred there. This would be in accordance with the Judicial Conference recommendation.

We respectfully request that the Court indicate a decision on approval of Transfer of Jurisdiction in this matter.

Respectfully submitted,

CHRIS J. STANTON
Chief U.S. Probation Officer

CHRIS S. PORTER
U.S. Probation Officer
(914) 390-4040     x4206

CSP:sh

Approved by:

EDWARD W. JOHNSON     Date 7/31/08
Supervising U.S. Probation Officer

☒ Jurisdiction Transfer Approved (attached Petition signed)

☐ Jurisdiction Transfer Disapproved

_8-6- 68_
DATE

_John E. Sprizzo_
HONORABLE JOHN E. SPRIZZO
U.S. DISTRICT JUDGE